UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DIRECTV, LLC,

                                    Plaintiff,

                    vs.                                              NO. C13-660RSL

                                                                     ORDER OF DISMISSAL

LIAN JANG, *et al.,*

                                    Defendants.

     It having been reported to the Court on Friday, September 6, 2013 that the above cause has been settled, and no final order having yet been presented, NOW, THEREFORE,

     IT IS ORDERED that this cause be and the same is hereby DISMISSED.  This dismissal shall be without prejudice to the right of any party upon good cause shown within sixty (60) days hereof to reopen this cause if the reported settlement is not consummated.

     The Clerk of the Court is instructed to send copies of this Order to all counsel of record.

     DATED this 10th day of September, 2013.


*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER -1